IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SUSANNE BECKER,

     Plaintiff,

v.

                                    2:23-CV-129-Z

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA,

     Defendant.

## ORDER

On September 21, 2023, this Court ordered Plaintiff to show good cause, on or before September 27, 2023, for failing to appear at her scheduled hearing. ECF No. 15 at 1. As of yet, Plaintiff has failed to do so. Instead, Plaintiff continues to send a myriad of unrelated, incoherent, and — in many cases — hostile emails to and directed at this Court's staff.

It is well established that Federal Rule of Civil Procedure 41(b) permits dismissal not only on motion of the defendant, but also on the court's own motion "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." *See Morris v. Ocean Sys., Inc.*, 730 F.2d 248, 251 (5th Cir. 1984). And a federal court has inherent authority "to protect the efficient and orderly administration of justice." *In re Stone*, 986 F.2d 898, 902 (5th Cir. 1993). This Court exercises that authority now. Plaintiff's claim is **DISMISSED**, and Plaintiff is advised that the Court's declared sanctions of $3,600 against Plaintiff remain in place. *See* ECF No. 3 at 2.

**SO ORDERED**.

October **5**, 2023

                                         _____

                                         MATTHEW J. KACSMARYK
                                         UNITED STATES DISTRICT JUDGE